**UNPUGLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7532**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

ELLANCER ALLEN MCGRADY, a/k/a Lance,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Martin K. Reidinger, District Judge.  (4:94-cr-00044-MR-1)

Submitted:  February 26, 2013      Decided:  February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellancer Allen McGrady, Appellant Pro Se.  Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellancer Allen McGrady appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. McGrady, No. 4:94-cr-00044-MR-1 (W.D.N.C. Aug. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED